UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDELLA WILLIAMS
o/b/o A.S.M., JR., a minor,

      Plaintiff,                         Case No: 1:14-cv-967

v.                                        HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  On November 13, 2014, Defendant filed a Motion to Dismiss (Dkt 5).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 17, 2014 (Dkt 8), recommending that this Court grant Defendant's motion and that Plaintiff's complaint be dismissed for lack of subject-matter jurisdiction.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Dkt 5) is GRANTED.

A Judgment will be entered consistent with this Order.


Dated:  January 8, 2015                                        /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge